**ORIGINAL**

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.,
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel: (212) 637-2712
Fax: (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
SONIA PARAJON,                  :
                                :
            Plaintiff,          :
                                :
       - v. -                   :
                                :     STIPULATION AND ORDER
                                :     08 Civ. 4815 (AKH)
MICHAEL J. ASTRUE,              :
Commissioner of                 :
Social Security,                :
                                :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - -x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from July 22, 2008 to and including September 23, 2008.  This extension is requested



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/08

because the administrative record has not yet been received by the defendant's counsel. No previous extension has been requested in this case.

Dated: New York, New York
       June 27, 2008

                              BINDER & BINDER
                              Attorneys for Plaintiff

By: _____
    CHARLES E. BINDER, ESQ.
    215 Park Avenue South
    6th Floor
    New York, New York 10003
    Telephone No. (212) 677-6801

    MICHAEL J. GARCIA
    United States Attorney for the
    Southern District of New York
    Attorney for Defendant

By: _____
    JOHN E. GURA, JR.
    Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York  10007
    Telephone No.: (212) 637-2712
    John.Gura@usdoj@gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
    7-9-08